UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TERRY R. BAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00204-RLY-MPB |
| ) | |
| PENSION BENEFIT GUARANTY CORP., ) | |
| Successor Trustee of Oxford Automotive, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On November 30, 2020, Defendant filed a Motion to Dismiss and on March 2, 2021, the *pro se* Plaintiff filed a Motion to Withdraw or Dismiss. The court, having reviewed the same, now **GRANTS** Plaintiff's Motion to Withdraw or Dismiss (Filing No. 13) and **DENIES as MOOT** Defendant's Motion to Dismiss (Filing No. 11).

**SO ORDERED** this 12th day of May 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Mail to:

Terry R. Baylor
279185
Branchville Correctional Facility
Inmate Mail/Parcels
21390 Old State Road 37
Branchville, IN  47514